[No. 22739–4–I.   Division One.   December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TESTAMARIAN
N. OGBIT, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–01751–1, John W. Riley, J., entered
August 12, 1988. *Dismissed* by unpublished per curiam
opinion.

[No. 22349–6–I.   Division One.   December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. NICOLE SOPHIA
McPHERSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–8–04858–8, George T. Mattson, J., entered
May 10, 1988. *Affirmed* by unpublished opinion per Winsor,
J., concurred in by Coleman, C.J., and Forrest, J.

[No. 22879–0–I.   Division One.   December 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
H. SHARON, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 88–1–00346–1, Paul D. Hansen, J.,
entered September 7, 1988. *Affirmed* by unpublished opin-
ion per Forrest, J., concurred in by Coleman, C.J., and
Winsor, J.